IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION        JUN -6 2025

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Ross Darryl A
(Enter Above the Name of the Plaintiff in this Action)

1:25CV380

vs. ~~Cincinnati State College~~
~~Cincinnati State Police Dept~~ Matthew Bareswilt
Cincinnati State officer Matthew Bareswilt
(Enter above the name of the Defendant in this Action)

J. COLE

If there are additional Defendants, please list them:
~~Cincinnati State Police Dept~~
~~Cincinnati State College~~
Cincinnati State Police Dept
Cinati State Police officer Matthew Bareswilt

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Darryl Allen Ross
Name - Full Name Please - PRINT

8273 Bobolink Dr
Street Address

Cinati Ohio 45231
City, State and Zip Code

513-955-0209
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Cincinnati State Police officer Matthew Boreswilt
   Name - Full Name Please
   3520 Central Rd. Parkway Cinati Ohio 45223
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Darryl Ross is filing a lawsuit for $10,000,000 for violating my civil Rights 4th Amendments

I state under penalty of perjury that the foregoing is true and correct. Executed on this JUNE 12 day of JUNE 6, 20 25

_Darryl Ross_
Signature of Plaintiff

-4-

My name is Darryl.Ross today is June .5,2025.I am filing a 4th AMENDMENT OF THE CONSTITUTION CIVIL LAWSUIT ILLEGAL SEARCHES AND SEIZURES against Cincinnati State police department and Cincinnati State Officer Matthew .Bareswilt .On June ,6.2023 approxmiately 1:36pm.I Darryl .Ross was driving with a passenger in the car. We pass 425 Ludlow Ave passing US Bank . Darryl. Ross had vehicle in front of me .Both of us are by enter lane by double yellow line but car infront of Darryl waiting to go left turn on traffic to pass. 2 cars at light is green I went right to go around by curb line I clear traffic light .Darryl .Ross continue forward well a block away or so Darryl .Ross notice a vehicle coming up Ludlow driver has a cellphone in the hand and the driver tires touch yellow line. A design on side door. Cincinnati State Officer ,well as I pass them 2 blockes later Cincinnati State Police did a u – turn follow me 8 blocks .Police lights are on so we are across the street by Cincinnati State College ,I Darryl. Ross put over officer came to driver back seat door and question Darryl. Ross saying the reason police pull Darryl. Ross over was because 1 head light was out ,Darryl .Ross said I don't have to have my lights on at 1:36 pm.Cincinnati State Officer Matthew. Bareswilt than Darryl .Ross ran a red light. Darryl .Ross said i did not ,Officer Matthew Bareswilt said let me search your car then ,Darryl.Ross said no twice than Officer ask for a breath test but he had no training or equitment .Darryl .Ross ask Officer Bareswilt why is behind driver side door by back seat .Officer Bareswilt again said just let him search my car Darryl .Ross again said no I and my passenger was nervous .Officer Bareswilt said get out the car and leave officer not ask for id the entire time not once .As Darryl. Ross and passenger who was wanted at the time misdemeanor we got out of car but I Darryl.Ross turn around to get wallet and cellphone officer Bareswilt came back and don't take nothing out of car not even wallet or cellphone to get home .Again at that moment Cincinnati State officer said again let me search your car ,again Darryl.Ross said no .Darryl.Ross was cuff put in back of police car.Officer Bareswilt call supervisor I Darryl.Ross can hear his supervisor screaming at officer Bareswilt why he pull car over your not to traffic stop there very loud.Officer Bareswilt call Cincinnati Police Dept we waited a bout a hour and ahalf nobody would come than a Cincinnati Police car show up 6 -8 houses away front Cincinnati State Police car .Cincinnati Police turn around and left .Darryl. Ross told Officer Bareswilt why he turn the heat on with the windows up Darryl.Ross has high blood pressure ,diabetic ,clog aterey by his heart ,kidney are bad I get doctors treatment every 6 months after waiting over a hour Darryl. Ross told officer Bareswilt has to use restroom can he take me to station refuse to pay attention to me .I piss in my shorts, Than the passenger and a friend can back and saw offider Bareswilt inside my car illegal searching my car found nothing 2 hrs went by finally somebody at Cincinnati State Police Dept found a Cincinnati Police Officer to come and as Bareswilt and Cincinnati State Officer Bareswilt did not have his body camera not at all entire time from beginning to end .But Cincinnati Police told officer Bareswilt the only to search Darryl .Ross car was to tow it that the only way .Now Officer Bareswilt took Darryl.Ross to district 5 and when we got there front desk Cincinnati Police Officer told us that Cincinnati Police is not getting involve with Officer Bareswilt case and Officer Bareswilt was out his jurisdiction and Cincinnati Police Officer said she told him district 5 don't have no equitment to test and we don't want anything to do with this now Darryl .Ross is tooking to jail to post bond when Darryl and others went to pick up car wallet was on passenger seat wide open with phone on passenger floor Officer never ask my name id or insurance BESIDES OFFICER BARESWILT HAS NO VIDEOS TAKEN ONLY AT COURT CASE WAS FROM CINCINNATI POLICER WHO WAS NOT ON THE CASE        THANK YOU FROM DARRYL.ROSS

Sig: Darryl Ross
Date: June 6, 2025
Also 2 witnesses